■ ANITA A. VITULLO, Appellant, v NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Respondent. (Appeal No. 2.) [50 NYS3d 899]—Appeal from an order of the Supreme Court, Oneida County (Norman I. Siegel, J.), entered November 16, 2015. The order, among other things, denied plaintiff's motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Vitullo v New York Cent. Mut. Fire Ins. Co.* ([appeal No. 1] 148 AD3d 1773 [2017]). Present—Carni, J.P., Lindley, DeJoseph, Troutman and Scudder, JJ.